UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,    : | |
| Petitioner,    : | CIVIL NUMBER: |
| : | |
| v.    : | |
| : | |
| JON BUTLER,    : | |
| Respondent.    : | |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

The United States of America by its attorney, David B. Fein, United States Attorney for the District of Connecticut, avers to this Court as follows:

I.

This is a proceeding brought pursuant to the provisions of Sections 7402(b) and 7604(a) of Title 26, United States Code, to judicially enforce an Internal Revenue Service summons.

II.

Cynthia Murray is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self Employed Division of the office of the Area Director of Internal Revenue Service, 936 Silas Deane Highway, 2nd floor, Wethersfield, CT, 06109, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg. § 301.7602-1, 26 C.F.R. 301.7602-1.

III.

Upon information and belief, the respondent, Jon Butler, resides or may be found at 50 Westford Avenue, Stafford Springs, CT 06076, within the jurisdiction of this Court.

IV.

Revenue Officer Cynthia Murray is conducting an investigation of the tax liability of Jon Butler for the periods ending March 31, 2009, June 30, 2009 and December 31, 2010, as is set forth in the Declaration of Revenue Officer Cynthia Murray, attached hereto as Exhibit A.

V.

Upon information and belief, the respondent, Jon Butler, is in possession and control of testimony and documents that may be relevant to this investigation.

VI.

On November 22, 2011, an Internal Revenue Service summons was issued directing the respondent, Jon Butler, to appear before Revenue Officer Cynthia Murray on December 6, 2011 at 10:00 a.m. at the office of the Internal Revenue Service, 936 Silas Deane Highway, 2nd Floor, Wethersfield, CT, 06109, to testify and produce for examination books, papers, records or other data described in the summons.  An attested copy of the summons was served to Jon Butler on November 22, 2011, by Revenue Officer Cynthia Murray by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.

The summons and its certificate of service are attached hereto and incorporated herein by reference as Exhibit B.

VII.

The respondent, Jon Butler, appeared on December 6, 2011 at 10:00 a.m. but failed to comply with the summons. The respondent's noncompliance with the summons continues to date as is set forth in the Declaration of Revenue Officer Cynthia Murray, attached hereto as Exhibit A.

VIII.

The books, papers, records or other data sought by the summons are not in the possession of the Internal Revenue Service.  <u>See</u> Exhibit A.

IX.

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.  <u>See</u> Exhibit A.

X.

It is necessary to obtain the testimony and to examine the books, papers, records, or other data to properly prepare a Collection Information Statement.

WHEREFORE, the United States requests that:

1. This Court enter an order directing the respondent, Jon Butler, to show cause, if any, why he should not comply with and obey the summons and each and every requirement of the summons;

2. This Court enter an order directing the respondent Jon Butler, to obey the summons and each and every requirement of the summons by ordering the attendance, testimony, and production of the books, papers, records or other data before Revenue Officer Cynthia Murray or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Cynthia Murray or any other proper officer or employee of the Internal Revenue Service;

3. The United States recover its costs in this action; and that

4. The Court grant such other and further relief as it deems just and proper.

        Respectfully submitted,

        DAVID B. FEIN
        UNITED STATES ATTORNEY

        */s/ Lisa E. Perkins*
        LISA E. PERKINS
        ASSISTANT U.S. ATTORNEY
        450 MAIN STREET
        HARTFORD, CT 06103
        (860) 947-1101
        FEDERAL BAR # ct23164